1    **COX, WOOTTON, GRIFFIN,**
     **HANSEN & POULOS, LLP**
2    Gregory W. Poulos (SBN 88390)
     Max Lee Kelly (SBN 205943)
3    190 The Embarcadero
     San Francisco, California 94105
4    Telephone No.: (415) 438-4600
     Facsimile No.: (415) 438-4601
5    gpoulos@cwghp.com
     mkelly@cwghp.com
6
     Attorneys for Plaintiff
7    Valerie Shipping Inc.

8

9                    **UNITED STATES DISTRICT COURT**

10                  **NORTHERN DISTRICT OF CALIFORNIA**

11

12   VALERIE SHIPPING INC.,              )   Case No.:
                                         )
13                 Plaintiff,            )   ~~[PROPOSED]~~ **ORDER FOR**
                                         )   **ISSUANCE OF PROCESS OF**
14                                       )   **MARITIME ATTACHMENT**
                                         )   **AND GARNISHMENT**
15   v.                                  )
                                         )
16                                       )
                                         )   F.R.C.P. SUPPLEMENTAL
17                                       )   ADMIRALTY RULE B]
     KOREA LINE SINGAPORE PTE,           )
18   LTD.                                )
                                         )
19                 Defendant.            )
                                         )
20                                       )
                                         )
21                                       )
                                         )
22                                       )
                                         )
23   _____

24       WHEREAS, on February 25, 2011, the Plaintiff VALERIE SHIPPING

25   INC. ("Valerie" or "Plaintiff"), by and through its counsel of record, filed a

26   Verified Complaint, seeking attachment of all tangible and intangible property

27   in whatever form within this District, including any such property held by any

28   garnishee, which are owned by or due and owing to the Defendant KOREA

                                   -1-

[Proposed] Order for Maritime Attachment

1  SHIPPING SINGAPORE PTE LTD. ("Korea Shipping" or "Defendant"),

2  including, but not limited to the vessel BLUE JADE and all of its equipment,

3  stores, goods, oils, machinery, provisions and appurtenances in the amount of

4  $699,561.81 pursuant to Rule B of the Supplemental Rules for Admiralty or

5  Maritime Claims and Asset Forfeiture Actions; and

6  WHEREAS, the Process of Maritime Attachment and Garnishment

7  would command the U.S. Marshal or other designated process server to attach

8  any and all of the Defendant's property within the District of this Court; and

9  WHEREAS, the Court has reviewed the Plaintiff's Verified Complaint

10  for Maritime Attachment and the Declaration of Max Lee Kelly filed

11  concurrently herewith and finds that the conditions for a maritime attachment

12  and garnishment pursuant to Rule B of the Supplemental Rules for Admiralty

13  or Maritime Claims and Asset Forfeiture Actions appear to exist this 25th day

14  of February, 2011, by the United States District Court for the Northern

15  District of California;

16  It is hereby, ORDERED, that the Clerk shall issue Process of Maritime

17  Attachment and Garnishment against all tangible or intangible property

18  belonging to, or claimed by or being held for the Defendant by any garnishees

19  within this District, including, but not limited to the vessel BLUE JADE and

20  all of its equipment, stores, goods, oils, machinery, provisions and

21  appurtenances up to the amount prayed for in the Verified Complaint pursuant

22  to Rule B of the Supplemental Rules for Admiralty or Maritime Claims and

23  Asset Forfeiture Actions; and it is further

24  ORDERED, that the Defendant is to allow a gauger and/or marine

25  engineer access to the Vessel, its tanks, spaces, and records, for purposes of

26  determining the amount of fuel and diesel oil on board the vessel M/T BLUE

27  JADE; and it is further

28  ORDERED, that the Plaintiff notify the Defendant that an attachment

[Proposed] Order for Maritime Attachment

1    against it has commenced which it is required to defend; and it is further

2         ORDERED, that any person claiming an interest in the property

3    attached or garnished pursuant to this Court's Order shall, upon application to

4    the Court, be entitled to a prompt hearing at which the Plaintiff shall be

5    required to show cause why the maritime attachment and garnishment should

6    not be vacated or other relief granted; and it is further

7         ORDERED, that supplemental process specifying other or additional

8    property and/or garnishee enforcing this Court's Order may be issued by the

9    Clerk upon application without further Order of the Court; and it is further

10        ORDERED, that following initial service by the U.S. Marshal or other

11   designated process server upon each garnishee, supplemental service of the

12   Process of Maritime Attachment and Garnishment, as well as this Court's

13   Order, may be made by way of facsimile transmission or e-mail; and it is

14   further

15        ORDERED, that service on any garnishee as described above is deemed

16   continuous throughout the day, from the time of such service through the

17   opening of the garnishee's business the next business day; and it is further

18        ORDERED, that pursuant to Federal Rules of Civil Procedure

19   Rule 5(b)(2)(F), each garnishee may consent, in writing, to accept service by

20   any other means; and it is further

21

22

23

24

25

26

27

28

[Proposed] Order for Maritime Attachment

ORDERED that a copy of this Order be attached to and served with each Process of Maritime Attachment and Garnishment issued by the Clerk.

DATED: February 25, 2011

UNITED STATES DISTRICT
COURT JUDGE

Presented by:

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Plaintiff
VALERIE SHIPPING INC.

By:
     Gregory W. Poulos

[Proposed] Order for Maritime Attachment

-4-