| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP** |
| 2 | Gregory W. Poulos (SBN 88390) |
|   | Max Lee Kelly (SBN 205943) |
| 3 | 190 The Embarcadero |
|   | San Francisco, California 94105 |
| 4 | Telephone No.: (415) 438-4600 |
|   | Facsimile No.: (415) 438-4601 |
| 5 | gpoulos@cwghp.com |
|   | mkelly@cwghp.com |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | Valerie Shipping Inc. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| VALERIE SHIPPING INC., | ) | Case No.: CV 11 – 0911 JSW |
| | ) | |
| Plaintiff, | ) | **[PROPOSED]** ORDER AMENDING ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT |
| | ) | |
| v. | ) | |
| | ) | |
| KOREA LINE SINGAPORE PTE, LTD. | ) | F.R.C.P. SUPPLEMENTAL ADMIRALTY RULE B] |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on February 25, 2011, the Plaintiff VALERIE SHIPPING INC. ("Valerie" or "Plaintiff"), by and through its counsel of record, filed a Verified Complaint, seeking attachment of all tangible and intangible property in whatever form within this District, including any such property held by any garnishee, which are owned by or due and owing to the Defendant KOREA

-1-

[Proposed] First Amended Order for Maritime Attachment

1  SHIPPING SINGAPORE PTE LTD. ("Korea Shipping" or "Defendant"),
2  including, but not limited to the vessel BLUE JADE ("Vessel") and all of its
3  equipment, stores, goods, oils, machinery, provisions and appurtenances in the
4  amount of $699,561.81 pursuant to Rule B of the Supplemental Rules for
5  Admiralty or Maritime Claims and Asset Forfeiture Actions; and

6      WHEREAS, on March 10, 2011, the Plaintiff, by and through its
7  counsel of record, filed a First Amended Verified Complaint, seeking a further
8  attachment of all tangible and intangible property in whatever form within this
9  District, including any such property held by any garnishee, which are owned
10 by or due and owing to the Defendant Korea Shipping, including, but not
11 limited to the BLUE JADE and all of its equipment, stores, goods, oils,
12 machinery, provisions and appurtenances, in the new increased amount of
13 $5,700,000 and pursuant to Rule B of the Supplemental Rules for Admiralty or
14 Maritime Claims and Asset Forfeiture Actions; and

15     WHEREAS, the instant Amended Process of Maritime Attachment and
16 Garnishment would command the U.S. Marshal or other designated process
17 server to attach any and all of the Defendant's property within the District of
18 this Court; and

19     WHEREAS, the Defendant has not yet appeared in this action or filed a
20 Verified Statement of Interest in the Vessel and its equipment, stores, goods,
21 oils, machinery, provisions and appurtenances; and

22     WHEREAS the Court has reviewed the Plaintiff's First Amended
23 Verified Complaint for Amended Maritime Attachment and finds that the
24 conditions for a further maritime attachment and garnishment in the increased
25 amount of $5,700,000 and pursuant to Rule B of the Supplemental Rules for
26 Admiralty or Maritime Claims and Asset Forfeiture Actions appear to exist
27 this 10th day of March, 2011;

28     It is hereby, ORDERED, that the Clerk shall issue an Amended Process

-2-

[Proposed] First Amended Order for Maritime Attachment

of Maritime Attachment and Garnishment against all tangible or intangible property belonging to, or claimed by, or being held for the Defendant by any garnishees within this District, including, but not limited to the vessel BLUE JADE and all of its equipment, stores, goods, oils, machinery, provisions and appurtenances up to the amount of $5,700,000 as prayed for in the First Amended Verified Complaint pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions; and it is further

ORDERED, that the Defendant is to allow a gauger and/or marine engineer and/or surveyor access to the Vessel, its tanks, spaces, and records, for purposes of determining the value of the Vessel and all of its equipment, stores, and appurtenances, and the amount of fuel and diesel oil on board the BLUE JADE; and it is further

ORDERED, that the Plaintiff notify the Defendant that a further attachment against it has commenced which it is required to defend and that such notice be given by service on the Master of the BLUE JADE and by U.S. Registered mail or by Federal Express to the address of the defendant registered owner of the vessel at its offices in Singapore; and it is further

ORDERED, that any person claiming an interest in the property attached or garnished pursuant to this Court's Order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show cause why the amended maritime attachment and garnishment should not be vacated or other relief granted; and it is further

ORDERED, that supplemental process specifying other or additional property and/or garnishee enforcing this Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further

ORDERED, that following initial service by the U.S. Marshal or other designated process server upon each garnishee, supplemental service of the

-3-

[Proposed] First Amended Order for Maritime Attachment

|   |   |
|---|---|
| 1 | Process of Maritime Attachment and Garnishment, as well as this Court's |
| 2 | Order, may be made by way of facsimile transmission or e-mail; and it is |
| 3 | further |
| 4 | ORDERED, that service on any garnishee as described above is deemed |
| 5 | continuous throughout the day, from the time of such service through the |
| 6 | opening of the garnishee's business the next business day; and it is further |
| 7 | ORDERED, that pursuant to Federal Rules of Civil Procedure |
| 8 | Rule 5(b)(2)(F), each garnishee may consent, in writing, to accept service by |
| 9 | any other means; and it is further |
| 10 | ORDERED that a copy of this Order be attached to and served with |
| 11 | each Order for Amended Process of Maritime Attachment and Garnishment |
| 12 | issued by the Court. |

DATED: March 15, 2011

/s/ Jeffrey S. White
UNITED STATES DISTRICT
COURT JUDGE

Presented by:

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Plaintiff
VALERIE SHIPPING INC.

By: /S/ Gregory W. Poulos
    Gregory W. Poulos

-4-

[Proposed] First Amended Order for Maritime Attachment