EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
James J. Tamulski (64880)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 227-9455
Facsimile: (415) 227-4255
E-Mail: jtamulski@edptlaw.com

Attorneys for Substitute Custodian
NATIONAL MARITIME SERVICES, INC.

Patrick E. Novak (Florida Bar No. 838764)
HORR, NOVAK & SKIPP, P.A.
One Datran Center, Suite 1104
9100 S. Dadeland Boulevard
Miami, FL 33156
Telephone: (305) 670-2525
Facsimile: (305) 670-2526
E-Mail: pnovak@admiral-law.com

Attorney Pro Hac Vice for Substitute Custodian
NATIONAL MARITIME SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE SHIPPING, INC., | Case No.: C-11-00911-JSW |
| Plaintiff, | **[PROPOSED] ORDER GRANTING IN PART CUSTODIAN'S MOTION REQUESTING AN ORDER SHORTENING TIME FOR AN EXPEDITED HEARING** |
| vs. | |
| KOREA LINE (SINGAPORE), PTE, LTD. | |
| Defendant. | Date: April 22, 2011<br>Time: 9:00 a.m.<br>Courtroom: 11 |

Having read and considered the Motion by the Substitute Custodian, National Maritime Services, Inc., requesting an order shortening time to hear motions to shift the vessel, to pay crew wages, to repatriate crew, and for submission of monthly costs and objections, and having considered any arguments of counsel and all papers filed herein, and good cause appearing therefore, the Substitute Custodian's Motion is GRANTED **IN PART**.

IT IS ORDERED THAT the Substitute Custodian's motions to shift the vessel, to pay crew wages, to repatriate crew, and for submission of monthly costs be heard on ~~April 22, 2011~~, **May 6, 2011**

- 1 -
[PROPOSED] ORDER GRANTING CUSTODIAN'S MOTION FOR AN ORDER SHORTENING TIME
Case No.: C-11-00911-JSW

1   at 9:00 a.m. in Courtroom 11 of the above-captioned court.

3   DATED: April 20, 2011

_____
U.S. DISTRICT JUDGE

**It is FURTHER ORDERED that any opposition to the motion shall be due on April 29, 2011. The Substitute Custodian shall serve a copy of this Order on any interested party who has not yet appeared in this action by April 22, 2011, and shall file proof of such service with the Court. The Substitute Custodian's reply briefs may be filed by no later than 6:00 p.m. Monday, May 2, 2011. If the Court finds either motion suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.**

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

- 2 -

[PROPOSED] ORDER GRANTING CUSTODIAN'S MOTION FOR AN ORDER SHORTENING TIME
Case No.: C-11-00911-JSW