| | |
|---|---|
| 1 | JOHN D. GIFFIN, CASB No. 89608 |
| | john.giffin@kyl.com |
| 2 | ELIZABETH P. BEAZLEY, CASB No. 138198 |
| | elizabeth.beazley@kyl.com |
| 3 | JAMES A. MARISSEN, CASB No. 257699 |
| | james.marissen@kyl.com |
| 4 | TARA B. VOSS, CASB No. 261967 |
| | tara.voss@kyl.com |
| 5 | KEESAL, YOUNG & LOGAN |
| | A Professional Corporation |
| 6 | 400 Oceangate, P.O. Box 1730 |
| | Long Beach, California 90801-1730 |
| 7 | Telephone: (562) 436-2000 |
| | Facsimile: (562) 436-7416 |
| 8 | |
| | Attorneys for |
| 9 | NORDEA BANK FINLAND Plc, Singapore Branch |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| VALERIE SHIPPING INC., | ) Case No. CV 11 0911 JSW |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER GRANTING NORDEA BANK FINLAND PLC, SINGAPORE BRANCH'S REQUEST TO SHORTEN TIME ON ITS MOTION FOR INTERLOCUTORY SALE |
| vs. | |
| KOREA LINE SINGAPORE PTE, LTD., | |
| Defendant. | ) N.D. CIV. L.R. 6-2 |
| and | ) Date: May 6, 2011 |
| | ) Time: 9:00 a.m. |
| NORDEA BANK FINLAND PLC, SINGAPORE BRANCH. | ) Place: Courtroom 11 |
| Intervening Plaintiff. | |

This Court having considered Nordea Bank Finland PLC, Singapore Branch's Unopposed Request for an Order Shortening Time to Hear its Motion for Interlocutory Sale of the Singapore flagged tanker M/T *BLUE JADE*, IMO No. 9419735, her masts, boilers, cables, engines, machinery, etc., (the "Vessel") and having considered

- 1 -  KYL_LB1397806

[PROPOSED] ORDER GRANTING NORDEA BANK FINLAND PLC, SINGAPORE BRANCH'S REQUEST TO SHORTEN TIME ON ITS MOTION FOR INTERLOCUTORY SALE - Case No. CV 11 0911 JSW

| | |
|---|---|
| 1 | all moving, opposing, and reply papers, its file herein, and any oral arguments thereon, |
| 2 | grants the Request and orders that the hearing on the Motion be set for May 6, 2011, all |
| 3 | oppositions to said Motion being due April 29, 2011 and any replies due on May 3, 2011. |
| 4 | **The Court reserves the right to continue the hearing on these motions. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties.** |
| 5 | **IT IS SO ORDERED.** |
| 6 | Counsel for Nordea shall serve a copy of this Order on all interested persons by 10:00 a.m. Monday, April 25, 2011, and shall file proof of such service with the Court. |
| 7 | SIGNED this _22___ day of April, 2011. |

*/s/ Jeffrey S. White*

UNITED STATES DISTRICT JUDGE

- 2 -

KYL_LB1397806

[PROPOSED] ORDER GRANTING NORDEA BANK FINLAND PLC, SINGAPORE BRANCH'S REQUEST TO SHORTEN TIME ON ITS MOTION FOR INTERLOCUTORY SALE - Case No. CV 11 0911 JSW