**United States District Court**
For the Northern District of California

1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9    VALERIE SHIPPING, INC.,
10              Plaintiff,                          No.  C 11-00911 JSW
11       v.                                   **ORDER RE STIPULATION TO
                                              MOVE VESSEL**
12   KOREA LINE SINGAPORE PTE, LTD.,
13              Defendant.
     _____/
14
15          On April 26, 2011, Valerie Shipping, Inc., Nordea Bank Finland PTE Ltd., and the
16   substitute custodian filed a stipulation for movement of vessel to lay berth and repatriation of
17   non-essential crew members.  Defendant Korea Line Singapore PTE, Ltd. has not appeared in
18   this action and no party has sought to obtain entry of default.  Thus, the proposed stipulation is
19   not signed by all parties.  In addition, on April 27, 2011, certain crew members filed an
20   objection to that stipulation, and sought an opportunity to be heard.
21          The proposed stipulation is DENIED.  The Court shall address these matters by way of
22   the motions filed and set for hearing on May 6, 2011.  (*See* Docket Nos. 49, 52, 71.)  This Court
23   has ordered that all opposition to these motions shall be due on April 29, 2011.  Therefore, if the
24   crew members wish to be heard, they must file an opposition to the motion by April 29, 2011.
25   If the crew members require additional time to file an opposition, they must submit a request
26   //
27   //
28   //

demonstrating good cause for additional time.

**IT IS SO ORDERED.**

Dated:   April 28, 2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2