1 | JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
2 | ELIZABETH P. BEAZLEY, CASB No. 138198
elizabeth.beazley@kyl.com
3 | JAMES A. MARISSEN, CASB No. 257699
james.marissen@kyl.com
4 | TARA B. VOSS, CASB No. 261967
tara.voss@kyl.com
5 | KEESAL, YOUNG & LOGAN
A Professional Corporation
6 | 400 Oceangate, P.O. Box 1730
Long Beach, California  90801-1730
7 | Telephone:   (562) 436-2000
Facsimile:    (562) 436-7416
8
Attorneys for
9 | NORDEA BANK FINLAND PLC, Singapore Branch

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE SHIPPING INC.,<br><br>              Plaintiff,<br><br>    vs.<br><br>KOREA LINE SINGAPORE PTE, LTD.,<br><br>              Defendant.<br><br>and<br><br>NORDEA BANK FINLAND PLC, SINGAPORE BRANCH.<br><br>              Intervening Plaintiff | Case No. CV 11 0911 JSW<br><br>**ORDER FOR ISSUANCE OF AMENDED WARRANT OF ARREST**<br><br>[F.R.C.P. SUPPLEMENTAL ADMIRALTY RULE C AND ADMIRALTY AND MARITIME LOCAL RULE 8-1]<br><br>[RESTRICTED APPEARANCE PURSUANT TO F.R.C.P. SUPPLEMENTAL ADMIRALTY RULE E(8)] |

Having considered the Verified First Amended Complaint in Intervention filed by Intervening Plaintiff, NORDEA BANK FINLAND PLC, SINGAPORE BRANCH, and upon having reviewed the Application for Review and Issuance of an Amended Warrant of Arrest and upon a determination that the conditions set forth in Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and

1  Asset Forfeiture Actions, Rule C and United States District Court for the Northern
2  District of California, Admiralty and Maritime Local Rule 8-1 and the law have been
3  met:
4        IT IS HEREBY ORDERED that the Clerk of the United States District
5  Court for the Northern District of California issue an Amended Warrant for the Arrest of
6  the M/T *BLUE JADE*, her engines, tackle apparel, boilers, equipment, and
7  appurtenances, etc., *in rem*, which is currently subject to Process of Maritime
8  Attachment and Garnishment issued by this Court on 25 February 2011.
9        IT IS FURTHER ORDERED that the Clerk of the United States District
10 Court for the Northern District of California shall promptly deliver a conformed copy of
11 Intervening Plaintiff's Verified First Amended Complaint in Intervention and the
12 Amended Warrant for the of Arrest of the Vessel to the United States Marshal, who
13 shall deliver the same to the substitute custodian of the Vessel whereupon the Vessel
14 shall continue to stand arrested.

17 Signed on this 29 day of April, 2011          _____
18                                              UNITED STATES DISTRICT JUDGE

- 2 -
KYL_LB1396556
ORDER FOR ISSUANCE OF AMENDED WARRANT OF ARREST
Case No. CV 11 0911 JSW