IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE SHIPPING, INC., | |
| Plaintiff, | No. C 11-00911 JSW |
| v. | **ORDER RE DOCKET NO. 99 AND CLARIFICATION RE PROCEDURE** |
| KOREA LINE SINGAPORE PTE, LTD., | |
| Defendant. | |

The Court has received the Declaration of Elizabeth P. Beazley in response to the Court's Notice of Tentative Ruling and Questions for Hearing. The Court issues this Order to advise all parties that when it issues a Notice of Tentative Ruling and Questions for Hearing, unless otherwise requested, the Notice is not an invitation to submit written responses to the Court's questions. That is the purpose of oral argument.

**IT IS SO ORDERED.**

Dated: May 5, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE