JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
ELIZABETH P. BEAZLEY, CASB No. 138198
elizabeth.beazley@kyl.com
JAMES A. MARISSEN, CASB No. 257699
james.marissen@kyl.com
TARA B. VOSS, CASB No. 261967
tara.voss@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
Telephone: (562) 436-2000
Facsimile: (562) 436-7416

Attorneys for
NORDEA BANK FINLAND PLC, Singapore Branch

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE SHIPPING INC., <br><br>　　　　　　　　Plaintiff, <br><br>　　vs. <br><br>KOREA LINE SINGAPORE PTE, LTD., <br><br>　　　　　　　　Defendant. <br><br>and <br><br>NORDEA BANK FINLAND PLC, SINGAPORE BRANCH. <br><br>　　　　　　　Intervening Plaintiff. | Case No. CV 11 0911 JSW <br><br> [PROPOSED] ORDER GRANTING MOTION TO SHIFT VESSEL **AS MODIFIED** <br><br>Date:　May 6, 2011 <br>Time:　9:00 a.m. <br>Place:　Courtroom 11 |

**Having had the benefit of oral argument, Defendant having failed to appear or oppose the motion, and there being no other opposition, and**

This Court having considered motion of the Court-Appointed Substitute Custodian, National Maritime Services, Inc., ("NMS") to Shift the M/T *BLUE JADE* from San Francisco Bay, Anchorage 14 to a lay berth at BAE Shipyard, Pier 79, San Francisco Bay ("Motion"), and having received no opposition to said Motion, issued a "Notice of Tentative Ruling and Questions for Hearing" wherein the Court questioned

1  ~~whether Ultragas International S.A. ("Ultragas") opposed the Motion. Having received~~
2  ~~confirmation that Ultragas does not oppose the Motion and finding no other opposition~~, having considered
3  and ~~following considering of~~ all pleadings on file with this Court ~~and any oral arguments~~
4  ~~there~~on, grants the Motion such that NMS is permitted to Shift the Vessel. The Court
5  further finds that the costs incurred by NMS in connection with the shifting of the M/T
6  *BLUE JADE* as set forth in the Declaration of Bill O'Dell at paragraph 11 are deemed
7  *custodia legis*.

9  **IT IS SO ORDERED.**

11  SIGNED this __6th__ day of May, 2011.

13  _____
    UNITED STATES DISTRICT JUDGE
    *Jeffrey S. White*

14  **It is FURTHER ORDERED that NMS shall serve a copy of this Order on Defendant and**
15  **shall file proof of such service with the Court.**

- 2 -
[PROPOSED] ORDER GRANTING MOTION TO SHIFT VESSEL - Case No. CV 11 0911 JSW