JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
ELIZABETH P. BEAZLEY, CASB No. 138198
elizabeth.beazley@kyl.com
JAMES A. MARISSEN, CASB No. 257699
james.marissen@kyl.com
TARA B. VOSS, CASB No. 261967
tara.voss@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
Telephone: (562) 436-2000
Facsimile: (562) 436-7416

Attorneys for
NORDEA BANK FINLAND PLC, Singapore Branch

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE SHIPPING INC., <br><br>  Plaintiff, <br><br> vs. <br><br> KOREA LINE SINGAPORE PTE, LTD., <br><br>  Defendant. <br><br> and <br><br> NORDEA BANK FINLAND PLC, SINGAPORE BRANCH. <br><br>  Intervening Plaintiff. | Case No. CV 11 0911 JSW <br><br> [PROPOSED] ORDER GRANTING INTERVENING PLAINTIFF'S APPLICATION FOR PAYMENT OF BID AS MODIFIED <br><br> N.D. ADMIR. L. R. 9-2(b) |

**Defendant having failed to appear and oppose the motion, and no other party having opposed, and**

This Court having considered NORDEA BANK FINLAND PLC, Singapore Branch's Application for Payment of Bid by Intervening Plaintiff ("Application"), and having considered all moving, opposing, and reply papers, its file herein, and any oral arguments thereon, grants the Application and finds that Nordea Bank Finland PLC, Singapore Branch is authorized to bid at the sale of the M/T *BLUE JADE*, IMO

- 1 -  KYL_LB1396210

1 No. 9419735, her masts, boilers, cables, engines, machinery, etc. (the "Vessel") on credit
2 up to an amount due and owing to it under its Preferred Ship Mortgage described in the
3 Verified First Amended Verified Complaint in Intervention, up to the sum of $36,
4 594,459.13, without making any payment to the Court.

5       Northern District Admiralty and Maritime Local Rule 9-2(b) requires that
6 the Application be filed and served on all parties fourteen (14) days prior to the date of
7 sale.

8       The Application was filed and served on all parties May 2, 2011, and thus
9 the sale of the Vessel cannot occur until fourteen (14) days thereafter, or being a date
10 after May 16, 2011.

11 **It is FURTHER ORDERED that Nordea shall serve a copy of this Order on Defendant and shall file proof of such service with the Court.**

12 **IT IS SO ORDERED.**

14 SIGNED this 6th day of May, 2011.

16 _____
UNITED STATES DISTRICT JUDGE