IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE SHIPPING, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>KOREA LINE SINGAPORE PTE, LTD.,<br><br>    Defendant.<br>_____/ | No. C 11-00911 JSW<br><br>**ORDER GRANTING MOTION TO PROVIDE FOR MONTHLY SUBMISSION OF COSTS AND EXPENSES** |

This matter comes before the Court upon consideration of the Motion filed by National Maritime Services, Inc. to provide a method by which the Substitute Custodian may submit statements of additional costs, and a method by others to object to those costs.[1] The Court has considered the parties' papers, relevant legal authority, and has had the benefit of oral argument. Defendant has failed to appear and oppose the motion, and no other party has opposed the motion. At the hearing on this matter, the parties who have app

Accordingly, the Substitute Custodian's motion to provide for monthly submissions of costs and expenses is GRANTED. It is HEREBY ORDERED that:

1. the Substitute Custodian shall file a statement of any of its costs in connection with the safe keeping of the Vessel with the Court on a monthly basis;

---

[1] In its motion, the Substitute Custodian also moved for an order to pay crew wages and to repatriate the crew. The Court heard oral argument on May 6, 2011, and at the hearing, the parties who have appeared in this action advised the Court that they had reached agreement on issues pertaining to the Crewmembers wages and would be filing a revised motion on those issues. It is HEREBY ORDERED that the appearing parties also shall submit a revised Order addressing those issues.

2. any objections to the Substitute Custodian's charges and expenses shall be filed with the Court within seven (7) days after the Substitute Custodian has filed its statement of costs;

3. the reasonable fees and expenses of the Substitute Custodian in safekeeping of the Vessel shall be *custodia legis* expenses;

4. all of the Substitute Custodian's charges for *custodia legis* expenses shall be paid on further order of the Court; and

5. if objections are filed regarding the Substitute Custodian's charges and expenses, the Court reserves the right to refer those objections to a randomly assigned Magistrate Judge for the purposes of preparing a Report and Recommendation on the objections.

**IT IS SO ORDERED.**

Dated: May 6, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2