IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE SHIPPING, INC., | |
|     Plaintiff, | No. C 11-00911 JSW |
|   v. | **ORDER SETTING BRIEFING SCHEDULE** |
| KOREA LINE SINGAPORE PTE, LTD., | |
|     Defendant. | |

    On May 24, 2011, Plaintiff Valerie Shipping, Inc. filed a Motion for Apportionment of Future Custodia Legis Expenses, which is noticed for hearing on July 22, 2011. It is HEREBY ORDERED that any opposition briefs to the motion shall be due by no later than June 10, 2011, and Plaintiff's reply brief shall be due by June 17, 2011. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date. If any party seeks to modify this briefing schedule, they must submit a request to the Court demonstrating good cause for the modification.

    Plaintiff shall serve a copy of this Order on Defendant and shall file proof of such service with the Court.

    **IT IS SO ORDERED.**

Dated: May 25, 2011

                                                              JEFFREY S. WHITE
                                                              UNITED STATES DISTRICT JUDGE