JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
ELIZABETH P. BEAZLEY, CASB No. 138198
elizabeth.beazley@kyl.com
JAMES A. MARISSEN, CASB No. 257699
james.marissen@kyl.com
TARA B. VOSS, CASB No. 261967
tara.voss@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
Telephone: (562) 436-2000
Facsimile: (562) 436-7416

Attorneys for
NORDEA BANK FINLAND PLC, Singapore Branch

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE SHIPPING INC., | Case No. CV 11 0911 JSW |
| Plaintiff, | [PROPOSED] ORDER GRANTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE |
| vs. | |
| KOREA LINE SINGAPORE PTE, LTD., | AS MODIFIED |
| Defendant. | |
| and | |
| NORDEA BANK FINLAND PLC, SINGAPORE BRANCH. | |
| Intervening Plaintiff. | |

///

///

KYL_LB1409550

[PROPOSED] ORDER GRANTING CONTINUANCE OF SCHEDULING CONFERENCE –
Case No. CV 11 0911 JSW

1   Pursuant to the stipulation of the parties, and good cause appearing
2   therefore, it is hereby ordered that:
3   The Initial Case Management Conference will be continued from June 10,
4   2011 to July 15, 2011 ~~at 9:00 a.m~~. at 1:30 p.m. on this Court's regular case management calendar.
5
6   **IT IS SO ORDERED.**
7
8   SIGNED this  3rd    day of June, 2011.
9
10
11  _____
12  U.S. DISTRICT COURT JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 1 -                                     KYL_LB1409550

[~~PROPOSED~~] ORDER GRANTING CONTINUANCE OF SCHEDULING CONFERENCE – Case No. CV 11 0911 JSW