```
 1  JOHN D. GIFFIN, CASB No. 89608
    john.giffin@kyl.com
 2  ELIZABETH P. BEAZLEY, CASB No. 138198
    elizabeth.beazley@kyl.com
 3  JAMES A. MARISSEN, CASB No. 257699
    james.marissen@kyl.com
 4  TARA B. VOSS, CASB No. 261967
    tara.voss@kyl.com
 5  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 6  400 Oceangate, P.O. Box 1730
    Long Beach, California  90801-1730
 7  Telephone:   (562) 436-2000
    Facsimile:   (562) 436-7416
 8
    Attorneys for
 9  NORDEA BANK FINLAND PLC, Singapore Branch
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE SHIPPING INC., <br><br> Plaintiff, <br><br> vs. <br><br> KOREA LINE SINGAPORE PTE, LTD., <br><br> Defendant. <br><br> and <br><br> NORDEA BANK FINLAND PLC, SINGAPORE BRANCH. <br><br> Intervening Plaintiff. | Case No. CV 11 0911 JSW <br><br> **NOTICE OF APPLICATION AND APPLICATION OF INTERVENING PLAINTIFF NORDEA BANK FINLAND PLC, SINGAPORE BRANCH'S FOR LEAVE TO FILE A SURREPLY** <br><br> **AND ORDER THEREON** <br><br> Date: 22 July 2011 <br> Time: 9:00 <br> Place: Courtroom 11, Judge White |

TO ALL PARTIES HERETO AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Intervening Plaintiff, NORDEA BANK FINLAND PLC, SINGAPORE BRANCH ("Nordea") will and hereby does apply for a order for leave to file a Surreply to the Reply filed by Valerie Shipping Inc.'s ("Valerie") in relation to Valerie's Motion for Apportionment of Future *Custodia Legis* Expenses

- 1 -                                                                KYL_LB1417102

NOTICE OF APPLICATION AND APPLICATION OF INTERVENING PLAINTIFF NORDEA FOR LEAVE TO FILE A SURREPLY– Case No. CV 11 0911 JSW

("the Motion"). Nordea requests leave to file a Surreply as Valerie's Reply raised new arguments that were not previously contained in Valerie's moving papers. Nordea requests and hereby gives notice that this application be heard on July 22, 2011 at 9:00 a.m. in Courtroom 11, 450 Golden Gate, San Francisco, California, concurrently with the pending Motion.

## I.
## RELEVANT FACTS

Valerie filed the Motion on May 24, 2011. Nordea filed its Opposition to the Motion on June 10, 2011. Valerie filed its Reply on June 17, 2011.

## II.
## RELEVANT LAW

Nordea respectfully seeks leave from this Court to file a Surreply in response to the Reply filed by Valerie. Generally, once a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval. However, the Court does retain discretion to entertain an application for leave to file a surreply. Indeed, where a reply advances new arguments, new facts, case law not cited in moving papers or where consideration of the surreply will aid the Court in disposing of the motion, the Court can grant leave to file a surreply: Landmark Screens, LLC v. Morgan, Lewis & Bockius LLP, 2010 U.S. Dist. LEXIS 95735 (N.D. Cal. Sept. 14, 2010) ("After considering Landmark's motion, Defendants' opposition thereto, and the proposed surreply, the Court concludes that Landmark's motion to file a surreply is an appropriate response to arguments made by Defendants for the first time in their reply brief, and that consideration of the surreply will aid the Court is disposing of the pending motion... ."); see also Adlao v. JPMorgan Chase & Co., 2011 U.S. Dist. LEXIS 30144 (N.D. Cal. Mar. 10, 2011) ("Because defendants inappropriately included their stay request for the first time in their reply, the Court granted both parties leave to file surreply briefs with respect to Defendants' stay request."); Poquez v. Suncor Holdings - COPII, LLC, 2011 U.S. Dist. LEXIS 57344 (N.D. Cal. May 26, 2011) ([B]ecause it was

raised for the first time in Defendants' Reply, the Court grants Plaintiff leave to file a surreply in response.); Barco N.V. v. Tech. Props., Ltd., 2011 U.S. Dist. LEXIS 25030 (N.D. Cal. Mar. 8, 2011) (Court granted motion for leave to file a surreply because of a finding of "good cause.") Accordingly, this Court retains discretion to entertain an application for leave to file a surreply.

## III.

## LEGAL ARGUMENT

Given that Valerie raises new arguments in its Reply, as are detailed below, Nordea respectfully requests that the Court grant its application for leave to file a surreply in accordance with the attached surreply at "Exhibit A".

Valerie advances two new arguments in its Reply. These are:

(a) Valerie's Reply advances a position that the crew member Plaintiffs in Intervention must contribute to a proportionate share of the *custodia legis* expenses incurred in this matter. This is an argument that was not advanced by Valerie in its moving papers, a fact which Valerie readily concedes in its Reply when it states "Valerie recommended that the crew member Plaintiffs in Intervention should not be required to contribute since it was believed that they did not have the funds." Nevertheless, and for the reasons set out in the attached surreply, it is clear that a surreply is necessary in order to allow Nordea an opportunity to address this new argument and, it is respectfully submitted, that such surreply will also aid the Court in disposing of the pending Motion as it is clear that Valerie's argument is misconceived; and

(b) Valerie's Reply extensively relies upon a decision of the United States District Court for the Central District of California in <u>Nedlam, Inc. v. The Vessel Heritage</u>, 2000 AMC 2003 (C.D. Cal. 2000), a decision that was not cited to in Valerie's moving papers. Again, and for the reasons set out in the attached surreply, it is clear that a surreply is necessary in order to allow Nordea to address the Nedlam case and, it is respectfully submitted, that such surreply will also aid the Court is disposing of the

KYL_LB1417102

NOTICE OF APPLICATION AND APPLICATION OF INTERVENING PLAINTIFF NORDEA FOR LEAVE TO FILE A SURREPLY– Case No. CV 11 0911 JSW

pending Motion as this decision is factually distinguishable and, in any event, irrelevant to the primary issue in dispute in the Motion.

## IV.

## CONCLUSION

For the reasons set out above, Nordea respectfully request that the Court grant its application for leave to file a surreply in accordance with the attached surreply at "Exhibit A".

DATED: June 30th, 2011

JOHN D. GIFFIN
ELIZABETH P. BEAZLEY
JAMES A. MARISSEN
TARA B. VOSS
KEESAL, YOUNG & LOGAN
Attorneys for
NORDEA BANK FINLAND PLC,
SINGAPORE BRANCH

**Nordea's motion for leave to file its surreply is GRANTED. Nordea shall efile the proposed surreply by July 15, 2011. Nordea is reminded of its obligation to electronically file proposed orders when it files a document seeking relief from the Court.**

**IT IS SO ORDERED, this 12th day of July 2011.**

*Jeffrey S White*

- 4 -

KYL_LB1417102

NOTICE OF APPLICATION AND APPLICATION OF INTERVENING PLAINTIFF NORDEA FOR LEAVE TO FILE A SURREPLY– Case No. CV 11 0911 JSW