1  JOHN D. GIFFIN, CASB No. 89608
   john.giffin@kyl.com
2  ELIZABETH P. BEAZLEY, CASB No. 138198
   elizabeth.beazley@kyl.com
3  JAMES A. MARISSEN, CASB No. 257699
   james.marissen@kyl.com
4  TARA B. VOSS, CASB No. 261967
   tara.voss@kyl.com
5  KEESAL, YOUNG & LOGAN
   A Professional Corporation
6  400 Oceangate, P.O. Box 1730
   Long Beach, California  90801-1730
7  Telephone:   (562) 436-2000
   Facsimile:    (562) 436-7416
8
   Attorneys for
9  NORDEA BANK FINLAND PLC, Singapore Branch

10

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13

14  VALERIE SHIPPING INC.,                  ) Case No. CV 11 0911 JSW
                                            )
15                        Plaintiff,        ) [PROPOSED] ORDER GRANTING
                                            ) PARTIAL DISTRIBUTION OF SALE
16        vs.                               ) PROCEEDS
                                            )
17  KOREA LINE SINGAPORE PTE, LTD.,         )
                                            )
18                        Defendant.        )
                                            )
19  and                                     )
                                            )
20                                          )
    NORDEA BANK FINLAND PLC,                )
21  SINGAPORE BRANCH.                       )
                                            )
22              Intervening Plaintiff.      )
                                            )
23  _____ )

24  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

25        The Court having considered the stipulation of VALERIE SHIPPING INC. ,

26  NORDEA BANK FINLAND PLC, SINGAPORE BRANCH, ULTRAGAS

27  INTERNATIONAL S.A,, NATIONAL MARITIME SERVICES, INC., and MARIANNE

28  KIRK A/S as well its file herein, and for good cause showing, HEREBY ORDERS THAT:

                                      - 1 -                    KYL_LB1421922

1.  The amount of USD$950,000 incurred by NATIONAL MARITIME SERVICES INC. in custodial expenses for the Vessel is hereby deemed reasonable and valid *custodia legis* expenses in this action.

2.  The Clerk of the Court shall issue a check made payable to NATIONAL MARITIME SERVICES INC. in the amount of USD$950,000 from the proceeds of the sale of the Vessel as full and final payment of any and all *custodia legis* expenses incurred by it in this action.

3.  The Clerk of the Court shall issue a check made payable to ULTRAGAS INTERNATIONAL S.A. in the amount of USD$61,135.66 from the proceeds of the sale of the Vessel as full and final payment of any and all *custodia legis* expenses incurred by it in this action.

4.  The Clerk of the Court shall issue a check made payable to the UNITED STATES MARSHALS SERVICE in the amount of US$50,825.00 from the proceeds of the sale of the Vessel as full and final payment of any and all fees and commissions arising from the sale of the Vessel.

5.  That the August 12, 2011, hearing on Nordea's Motion for Entry of Default Judgment is hereby vacated and that the Court will proceed to enter a separate order of default judgment *in rem* against the proceeds of the sale of the M/T *BLUE JADE,* IMO No. 9419735, her masts, boilers, cables, engines, machinery, etc. in favor of Nordea in the amount of USD$36,594,459.13.

**IT IS SO ORDERED.**

SIGNED this __22nd__ day of July, 2011.

_____
U.S. DISTRICT COURT JUDGE

KYL_LB1421922
[PROPOSED] ORDER GRANTING PARTIAL DISTRIBUTION OF SALE PROCEEDS - Case No. CV 11 0911 JSW