```
JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
ELIZABETH P. BEAZLEY, CASB No. 138198
elizabeth.beazley@kyl.com
JAMES A. MARISSEN, CASB No. 257699
james.marissen@kyl.com
TARA B. VOSS, CASB No. 261967
tara.voss@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California  90801-1730
Telephone:    (562) 436-2000
Facsimile:    (562) 436-7416

Attorneys for
NORDEA BANK FINLAND PLC, Singapore Branch
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE SHIPPING INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>KOREA LINE SINGAPORE PTE, LTD.,<br><br>        Defendant.<br><br>and<br><br>NORDEA BANK FINLAND PLC,<br>SINGAPORE BRANCH.<br><br>        Intervening Plaintiff. | Case No. CV 11 0911 JSW<br><br>[~~PROPOSED~~] ORDER ENTERING DEFAULT IN ACTION AGAINST ALL PERSONS WHO HAVE FAILED TO APPEAR IN THIS ACTION TO ADVANCE A CLAIM AGAINST THE M/T *BLUE JADE* AND/OR THE PROCEEDS OF SALE<br><br>[F.R.C.P. 55(a); F.R.C.P. ADM. SUPP. R. C(6); N.D. ADMIR. 6-1 & 6-2] |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

    This Court having considered Intervening Plaintiff, NORDEA BANK FINLAND PLC, Singapore Branch's Application for Entry of Default as Against All Persons Who Failed to Appear in this Action to Advance a Claim against the M/T *BLUE JADE* and/or the Proceeds of Sale and its file herein, grants the Application and,

- 1 -

KYL_LB1422834

[~~PROP.~~] ORDER ENTERING DEFAULT AGAINST ALL WHO FAILED TO APPEAR TO ADVANCE CLAIM AGAINST THE *M/T BLUE JADE* - Case No. CV 11 0911 JSW

HEREBY ENTERS DEFAULT AGAINST ANY PERSON, FIRM CORPORATION OR ANY ENTITY HOWEVER EXISTING, WITH CLAIMS AGAINST THE SINGAPORE FLAGGED TANKER M/T *BLUE JADE*, IMO No. 9419735, HER MASTS, BOILERS, CABLES, ENGINES, MACHINERY, ETC. (THE "VESSEL") OR THE PROCEEDS OF THE SALE OF THE VESSEL THAT WERE INCURRED PRIOR TO THE CONFIRMATION OF THE SALE.

**IT IS SO ORDERED.**

SIGNED this 3rd day of ~~July~~ August, 2011.

_____
U.S. DISTRICT COURT JUDGE

KYL_LB1422834

[PROP.] ORDER ENTERING DEFAULT AGAINST ALL WHO FAILED TO APPEAR TO ADVANCE CLAIM AGAINST THE *M/T BLUE JADE* - Case No. CV 11 0911 JSW