```
 1  JOHN D. GIFFIN, CASB No. 89608
    john.giffin@kyl.com
 2  ELIZABETH P. BEAZLEY, CASB No. 138198
    elizabeth.beazley@kyl.com
 3  JAMES A. MARISSEN, CASB No. 257699
    james.marissen@kyl.com
 4  TARA B. VOSS, CASB No. 261967
    tara.voss@kyl.com
 5  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 6  400 Oceangate, P.O. Box 1730
    Long Beach, California  90801-1730
 7  Telephone:  (562) 436-2000
    Facsimile:   (562) 436-7416
 8
    Attorneys for
 9  NORDEA BANK FINLAND PLC, Singapore Branch
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE SHIPPING INC., <br><br> Plaintiff, <br><br> vs. <br><br> KOREA LINE SINGAPORE PTE, LTD., <br><br> Defendant. <br><br> and <br><br> NORDEA BANK FINLAND PLC, SINGAPORE BRANCH. <br><br> Intervening Plaintiff. | Case No. CV 11 0911 JSW <br><br> [PROPOSED] ORDER GRANTING FINAL DISTRIBUTION OF FUNDS FROM THE PROCEEDS OF SALE OF THE VESSEL *M/T BLUE JADE* |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Court having considered the stipulation of NORDEA BANK FINLAND PLC, SINGAPORE BRANCH and MARIANNE KIRK A.S., as well as its file herein, and for good cause showing, HEREBY ORDERS THAT:

///

- 1 -  KYL_LB1423075

[PROPOSED] ORDER GRANTING FINAL DISTRIBUTION OF FUNDS FROM THE PROCEEDS OF SALE OF THE VESSEL M/T BLUE JADE - Case No. CV 11 0911 JSW

1. MARIANNE KIRK A.S. ("Kirk") is entitled to recover USD$40,665.80 in valid *custodia legis* expenses.

2. The Clerk of the Court shall issue a check sourced from the funds on deposit with the Registry of the Court from the proceeds of sale of the Singapore flagged tanker M/T/ *BLUE JADE*, IMO No. 9419735, her masts, boilers, cables, engines, machinery, etc. (the "Vessel") in the amount of USD$40,665.80 made payable to KEESAL, YOUNG & LOGAN, such payment constituting full satisfaction of any of claims by Kirk against the Vessel and/or proceeds of sale.

3. R.S. PLATOU SHIPBROKERS A.S ("Platou") is entitled to recover USD$176,275 in valid *custodia legis* expenses.

4. The Clerk of the Court shall issue a check sourced from the funds on deposit with the Registry of the Court from the proceeds of sale of the Vessel in the amount of USD$176,275 made payable to KEESAL, YOUNG & LOGAN, such payment constituting full satisfaction of Platou's *custodia legis* expenses.

5. The Clerk of the Court shall issue a check for the entire remaining balance of the funds on deposit with the Registry of the Court from the proceeds of sale of the Vessel, inclusive of all accrued interest, to NORDEA BANK FINLAND PLC, SINGAPORE BRANCH made payable to KEESAL, YOUNG & LOGAN consistent with the default judgment in action *in rem* entered in favor of Nordea on July 22, 2011.

**IT IS SO ORDERED.**

August 3, 2011
SIGNED ~~this _____ day of July, 2011.~~

_____
U.S. DISTRICT COURT JUDGE

cc: Finance Office
    U.S. Marshals Office

- 2 -  KYL_LB1423075
~~[PROPOSED]~~ ORDER GRANTING FINAL DISTRIBUTION OF FUNDS FROM THE PROCEEDS OF SALE OF THE VESSEL M/T BLUE JADE - Case No. CV 11 0911 JSW